UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM, | No. 2:20-cv-2467 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  ECF No. 1.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 21, 2021, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  ECF No. 9.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 12.  The court also is in receipt of three motions plaintiff filed after the findings and recommendations were issued.  *See* Mot. to Compel, ECF No. 13; Mot. to Expand Review, ECF No. 14; Req. for a Hr'g, ECF No. 15.  As these motions are addressed to the undersigned and raise arguments against the findings and recommendations, the court construes them as additional, untimely objections.  The court has reviewed the motions and dismisses them as moot because the underlying claims are without merit as written.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 21, 2021 (ECF No. 9) are ADOPTED in full;

2. Plaintiff's two preliminary injunction motions (ECF Nos. 3, 6) are DENIED as moot, and

3. This action is DISMISSED for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1).

DATED: September 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2